UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2009 JUL 15 P 1:46

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. SA09CR559FB |
| Plaintiff, | § | **INDICTMENT** |
| VS. | § | [Violation: Ct. 1: 18 U.S.C. § 664 |
| PAUL DUKE HERNANDEZ, | § | Theft or embezzlement from an employee benefit plan] |
| Defendant. | § | |

THE GRAND JURY CHARGES:

## COUNT ONE
### [18 U.S.C. § 664]

From on or about February 1, 2008, continuing through October 31, 2008, within the Western District of Texas, the Defendant,

**PAUL DUKE HERNANDEZ,**

did knowingly embezzle, steal, and unlawfully and willfully abstract and convert to his own use, or to the use of another, the monies, funds, securities, premiums, credits, property, and other assets of the South Texas Electrical Joint Apprenticeship and Training Committee, an employee welfare benefit plan subject to Title I of the Employee Retirement Income Security Act of 1974, in violation of Title 18, United States Code, Section 664.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
ACTING UNITED STATES ATTORNEY

BY: _____
SARAH WANNARKA
Assistant United States Attorney